**FILED**
May 1, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                        )<br>                 Plaintiff,                   )<br>v.                                                    )<br>                                                        )<br>KEWAL SINGH,                             )<br>                                                        )<br>                 Defendant.                )  | CASE NUMBER: 2:12-mj-00108 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kewal Singh</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   <u>X</u>   Release on Personal Recognizance

   _   Bail Posted in the Sum of _____

   _   Unsecured Appearance Bond in the amount of $

   _   Appearance Bond with 10% Deposit

   _   Appearance Bond secured by Real Property

   _   Corporate Surety Bail Bond

   <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/1/2012</u> at 2:50 pm

By _____
Kendall J. Newman
United States Magistrate Judge